

# Fourth Court of Appeals
## San Antonio, Texas

November 27, 2018

No. 04-18-00135-CV

**IN THE INTEREST OF C.I.C. AND V.A.L., CHILDREN**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-00867
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

On August 22, 2018, this court issued an opinion affirming the trial court's order terminating appellant's parental rights. On October 19, 2018, the Texas Supreme Court denied appellant's petition for discretionary review. The attorney ad litem for the children has filed a motion requesting that the mandate be issued immediately so that the adoption of the children may be finalized. No response opposing the motion has been filed. Having found good cause to issue the mandate immediately, we GRANT the motion. *See* TEX. R. APP. P. 18.1(c). The clerk of the court is instructed to issue the mandate immediately.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court